STATE v. ALONZO COTTON.

201 N. W. 2d 859.

November 3, 1972—No. 42247.

C. Paul Jones, State Public Defender, and Ronald L. Haskvitz, Assistant State Public Defender, for appellant.

Warren Spannaus, Attorney General, George M. Scott, County Attorney, and Henry W. McCarr, Jr., and David G. Roston, Assistant County Attorneys, for respondent.

Heard before Knutson, C. J., and Otis, Peterson, and Kelly, JJ.

PER CURIAM.

Defendant was convicted of aggravated robbery, Minn. St. 609.245, and sentenced to an indeterminate term of 0-20 years. He appeals from the judgment of conviction and seeks review of an order denying post-conviction relief. Defendant claims that he did not receive adequate representation from his privately retained counsel because counsel failed to interview various alibi witnesses or call them to testify. Defendant has not met his burden of proving these claims.

Affirmed.